**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-02902-REB–MJW

REFRIGERATION HARDWARE SUPPLY CORPORATION,

    Plaintiff,

v.

M&G GROUP ENTERPRISES, INC., doing business as Gaskets-n-More and Gasket Guy of Clark County,

    Defendant.

---

**MINUTE ORDER**[1]

---

    The matter is before the court on the **Plaintiff's Motion For an Intradistrict Transfer** [#6] filed December 15, 2010. The motion is **GRANTED.** The court's **Order of Reference To United States Magistrate Judge** [#3] entered November 30, 2010, referring the case to Judge Michael J. Watanabe is **WITHDRAWN**. This case shall now be referred to Magistrate Judge Gudrun J. Rice. The court will issue an order of reference referring this matter to Judge Rice as soon as practicable.

    Dated: December 16, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.