**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 10-cv-02902-REB-GJR

REFRIGERATION HARDWARE SUPPLY CORPORATION,

    Plaintiff,

v.

M&G GROUP ENTERPRISES, INC., doing business as Gaskets-n-More and Gasket Guy of Clark County,

    Defendant.

## ORDER

**Blackburn, J.**

    The matter is before me on **Minute Order Disqualification of Magistrate Judge Pursuant to 28 U.S.C. § 455** [#11] entered January 4, 2011. In light of the disqualification and recusal of the Honorable Gudrun Rice, United States Magistrate Judge for the District of Colorado, another magistrate judge should be assigned to this case as soon as practicable.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Order of Reference To United States Magistrate Judge** [#8] entered December 16, 2010, is withdrawn;

    2. That this case shall be referred to the Honorable David L. West, United States Magistrate Judge for the District of Colorado; and

    3. That the court shall issue an order of reference referring this matter to Magistrate Judge West as soon as practicable.

    Dated January 5, 2011, at Denver, Colorado.

                                               **BY THE COURT:**

                                               */s/ Robert E. Blackburn*
                                               Robert E. Blackburn
                                               United States District Judge