**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Civil Action No. 10-CV-02902-REB-DLW**

**REFRIGERATION HARDWARE SUPPLY CORPORATION, a California corporatin,**

**Plaintiff,**

**vs.**

**M & G GROUP ENTERPRISES, INC., a Nevada Corporation, d/b/a GASKETS-N-MORE AND GASKET GUY OF CLARK COUNTY,**

**Defendant.**

---

**MINUTE ORDER SETTING SETTLEMENT CONFERENCE**

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

Pursuant to the Special Order of Reference from Judge Robert E. Blackburn issued on January 5, 2011, the above-entitled matter is to be set for a Settlement Conference.

**IT IS HEREBY ORDERED** that the above-entitled matter is scheduled for a Settlement Conference on April 18, 2011 at 11:00 a.m. in the United States District Court, 400 Rood Avenue, Grand Junction, Colorado.

**IT IS FURTHER ORDERED** that counsel <u>shall</u> <u>have</u> <u>parties</u> <u>present</u> who have <u>full authority</u> to negotiate all terms and demands presented by the case, and <u>full authority</u> to enter into a settlement agreement, including an adjustor, if an insurance company is involved. "Full authority" means that the person who attends the Settlement Conference has the complete and unfettered capacity and authority to meet or pay all terms or amounts which are demanded or sought by the other side of the case without consulting with some other person, committee or agency. If any person has limits upon the extent or amount within which he or she is authorized to settle on behalf of a party, that person does not have "full authority."

Settlement Conferences are often unproductive unless the parties have exchanged demands and offers before the conference and have made a serious effort to settle the case on their own. Before arriving at the Settlement Conference the parties are to negotiate and make a good faith effort to settle the case without the involvement of the Court. Specific proposals and counter proposals

shall be made.  If settlement is not achieved before the Settlement Conference, the parties shall be prepared to be engaged in further negotiation at the conference.

The Plaintiff shall bring to the Settlement Conference and be prepared to discuss proposed jury instructions which set forth each and every element of the claim the Plaintiff must prove at trial.

Each party shall provide to the undersigned, in confidence, a supplemental settlement statement which shall include any additional information helpful to the Court and which shall outline the settlement negotiations to date.  The supplemental settlement statements shall be submitted by no later than April 25, 2011.  The documents shall be submitted to the Magistrate Judge by  telefax to the Magistrate Judge at (970) 259-0543.

The purpose of this Settlement Conference is to facilitate settlement of this case if that is appropriate.  It will be conducted in such a manner as not to prejudice any party in the event settlement is not reached.  To that end, all matters communicated to the undersigned in confidence will be kept confidential and will not be disclosed to any other party or to the Trial Judge.  The undersigned, of course, will not serve as the Trial Judge in this case.

At the Settlement Conference the parties, by counsel, shall give a brief five-minute presentation outlining the factual and legal highlights of their case.  Then separate confidential caucuses will be held with each party and the party's representatives.  Attached are notes on Settlement Conference Preparation for counsel to review with the parties prior to the Settlement Conference to make the best use of the limited time allotted.

The request for the parties' personal appearance is intended to increase the efficiency and effectiveness of the Settlement Conference by reducing the time for communication of offers and expanding the ability to explore options for settlement.

**DATED:  March 8, 2011.**

                            **BY THE COURT:**

                            **s/David L. West**
                            **United States Magistrate Judge**