**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-02902-REB-DLW

REFRIGERATION HARDWARE SUPPLY CORPORATION,

    Plaintiff,

v.

M&G GROUP ENTERPRISES, INC., doing business as Gaskets-n-More and Gasket Guy of Clark County,

    Defendant.

## PERMANENT INJUNCTION

**Blackburn, J.**

The matter is before me on the **Stipulated Motion For Entry of Permanent Injunction** [#42][1] filed May 13, 2011. After reviewing the motion and the file, I conclude that the motion should be granted and that a permanent injunction should be entered.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion For Entry of Permanent Injunction** [#42] filed May 13, 2011, is **GRANTED**;

2. That defendant, along with its agents, servants, employees, representatives, successors, and assigns, and all those persons acting at its direction or control, shall be **PERMANENTLY ENJOINED** and **RESTRAINED**

    (a)    from engaging in any conduct in violation of the Copyright Act, 17 U.S.C. § 106 with regard to any of the forty-seven (47) images on Exhibit A hereto;

---

[1] "[#42]" is an example of the convention I use to refer to the docket number of a motion or order, and will be used throughout this Order.

and

(b) from assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraph (a) above;

3. That the specific prohibitions and qualifications regarding defendant's conduct set forth in this Permanent Injunction shall not waive or in any way limit plaintiff's rights or abilities to pursue any of its legal remedies, statutory or otherwise, under existing law if defendant engages in any other activity constituting an infringement of any of plaintiff's copyrights, or of plaintiff's rights, in or right to use or to exploit, plaintiff's copyrights, or otherwise violate plaintiff's legal rights;

4. That the court shall retain jurisdiction to entertain such further proceedings and to enter further orders as may be necessary or appropriate to implement, modify and/or enforce the provisions of this Permanent Injunction; provided furthermore, that in the event of a change in law that would make any conduct prohibited by this injunction legal or otherwise permissible under law, then defendant may move the court to vacate or modify the terms of this injunction;

5. That on proof of any violations by defendant of the provisions of this Permanent Injunction, the court shall be authorized to award damages and other relief thereof, as provided by law; and

6. That plaintiff and defendant specifically consent to personal jurisdiction and venue in the United States District Court for the District of Colorado.

Dated May 13, 2011, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge