**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-02902-REB-DLW

REFRIGERATION HARDWARE SUPPLY CORPORATION,

      Plaintiff,

v.

M&G GROUP ENTERPRISES, INC., doing business as Gaskets-n-More and Gasket
Guy of Clark County,

      Defendant.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

      The matter is before me on the **Stipulated Motion For Dismissal** [#43][1] filed

May 13, 2011.  After reviewing the motion and the file, I conclude that the motion should

be granted and that this action should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Stipulated Motion For Dismissal** [#43] filed May 13, 2011, is

**GRANTED**;

      2.  That the Trial Preparation Conference set for November 10, 2011, is

**VACATED**;

      3.  That the jury trial set to commence December 12, 2011, is **VACATED**;

      4.  That the court shall retain jurisdiction to entertain such further proceedings

and to enter such further orders as may be necessary or appropriate to implement

---

[1] "[#43]" is an example of the convention I use to refer to the docket number of a motion or order, and will be used throughout this Order.

and/or enforce any orders entered in this matter; and

     5.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay

their own attorney fees and costs.

     Dated May 13, 2011, at Denver, Colorado.

                             **BY THE COURT:**

                             Robert E. Blackburn
                             United States District Judge